1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                            FOR THE DISTRICT OF ARIZONA

8

9   Martin Ochoa-Gutierrez,              )    No. CV 05-3141-PCT-MHM (ECV)
                                         )
10              Petitioner,              )    **ORDER**
                                         )
11  vs.                                  )
                                         )
12                                       )
    Dorothy Vigil, et al.,               )
13                                       )
                Respondents.             )
14                                       )
    _____ )

15

16          On October 7, 2005, Petitioner filed a Petition for Writ of Habeas Corpus (Doc. #1).

17  In the Screening Order (Doc. #5) filed on October 24, 2005, the District Court Judge directed

18  Respondents to answer the petition and allowed them to limit their answer to relevant

19  affirmative defenses.  On January 18, 2006, Respondents filed an Answer (Doc. #13) and

20  raised the affirmative defense of waiver.  Respondents argue that by pleading guilty to the

21  underlying criminal charges, Petitioner waived his right to allege ineffective assistance of

22  counsel at the sentencing stage.  Respondents did not address the merits of Petitioner's

23  claims.

24          On February 15, 2006, Petitioner filed a Reply to Answer (Doc. #14) in which he

25  challenges Respondents' waiver argument.  Petitioner argues that the plea agreement waiver

26  does not affect post-plea constitutional rights such as effective assistance of counsel at

27  sentencing.  In light of Petitioner's argument, Respondents will be permitted, if they choose,

28  to submit a supplemental answer addressing the merits of Petitioner's claims.  Because the

District Court Judge authorized Respondents to file a limited answer, this court finds that permitting a supplemental answer on the merits is appropriate.  If a supplemental answer is filed, Petitioner will have the opportunity to file a reply.

**IT IS THEREFORE ORDERED:**

That Respondents may file a supplemental answer addressing the merits of Petitioner's habeas petition on or before Monday, April 3, 2006; and

That Petitioner may file a reply to the supplemental answer on or before Tuesday, April 18, 2006.

DATED this 3rd day of March, 2006.

Edward C. Voss
United States Magistrate Judge